United States Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

EUGENE JAY RODRIGUEZ,

        Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

CIVIL NO. 3:20-cv-6052-TLF

ORDER FOR EAJA FEES, COSTS AND EXPENSES

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $8,873.56 (which is for work performed by Jeffrey Baird in the amount of $7,953.75 plus work performed by Elie Halpern in the amount of $919.81) and expenses in the amount of $2.44 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $0.00 pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via electronic fund transfer or check to Plaintiff's counsel, Elie Halpern, at his office at Halpern Olivares PLLC 2102 Carriage Drive SW, Building E102, Olympia, WA 98502; *however,*

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the electronic fund transfer or check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered electronically

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 1

or via check to Mr. Halpern's office at Halpern Olivares PLLC, 2102 Carriage Drive SW, Building E102, Olympia, WA 98502.

DATED this ___21___ day of __March__, 2022.

                                      *Theresa L. Fricke*
                                      Theresa L. Fricke
                                      United States Magistrate Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 2